# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
6/27/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: E.C. DEPUTY

Case Number: 8:25-cr-00117-DFM
Defendant Number: 1
U.S.A. v. JESUS FRANCISCO QUINTERO MARTINEZ
Year of Birth: 2001
[ ] Indictment   [✓] Information
Investigative agency (FBI, DEA, etc.): DHS/ERO

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
- [✓] Class B Misdemeanor   [ ] Class C Misdemeanor   [ ] Felony

b. Date of Offense: In or around June 2024

c. County in which first offense occurred: San Diego County (Southern District of CA)

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
- [ ] Los Angeles   [ ] Ventura
- [ ] Orange   [ ] Santa Barbara
- [ ] Riverside   [ ] San Luis Obispo
- [ ] San Bernardino   [✓] Other South Dist CA

Citation of Offense: 8 U.S.C. § 1325(a) (misdemeanor)
(venue waived per plea agreement)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- [ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- [ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No   [ ] Yes

If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 5/21/2025
Case Number: SA25MJ00424DUTY
Assigned Judge: _____
Charging: 8 U.S.C. § 1326(a)
The complaint/CVB citation:
- [✓] is still pending
- [ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes
IF YES, provide Name: DFPD Amy Karlin
Phone Number: (714) 338-4500

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: _____

Case Number: _____

The superseded case:
- [ ] is still pending before Judge/Magistrate Judge
- [ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? [✓] YES  [ ] NO

IF YES, list language and/or dialect:
Spanish

**OTHER**

[✓] Male  [ ] Female
[ ] U.S. Citizen  [✓] Alien

Alias Name(s): _____

This defendant is charged in:
[✓] All counts
[ ] Only counts: _____

[ ] This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
[ ] This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  [ ] Yes  [✓] No
IF YES, should matter be sealed?  [ ] Yes  [✓] No

The area(s) of substantive law that will be involved in this case include(s):
- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [ ] narcotics offenses
- [ ] violent crimes/firearms
- [ ] Other _____
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [✓] immigration offenses
- [ ] corporate fraud

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  [ ] Yes  [ ] No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration:  [ ] State  [✓] Federal
b. Name of Institution:  Santa Ana Jail
c. If Federal, U.S. Marshals Service Registration Number: _____
d. [✓] Solely on this charge. Date and time of arrest: 6/9/2025
e. On another conviction:  [ ] Yes  [✓] No
   IF YES:  [ ] State  [ ] Federal  [ ] Writ of Issue
f. Awaiting trial on other charges:  [ ] Yes  [✓] No
   IF YES:  [ ] State  [ ] Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 06/27/2025

/s/ Lawrence E. Kole
Signature of Assistant U.S. Attorney
LAWRENCE E. KOLE
Print Name